**Form 726**[Deficiency Notice]

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF UTAH

In re:
Paul Gilbert Serrano and Amanda Kristin Serrano
        Debtor(s).

Case No. 25−21693 JTM
Chapter 7

## DEFICIENCY NOTICE

The Chapter 7 Petition filed with the Court on **March 31, 2025** was incomplete and/or not accompanied by all lists, schedules, statements or other documents required by the United States Bankruptcy Code. Rules 1007 and 2016 of the Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule 1007−1 set forth specific papers that are required to be filed with the Court.

By **April 14, 2025**, you must file the missing and/or deficient papers listed below with the Clerk of Court, United States Bankruptcy Court, 350 South Main Street, Room 301, Salt Lake City, Utah 84101.

- Attorney Compensation Disclosure Statement
- Signatures Missing on Declaration/Schedules
- Chapter 7 Statement of Monthly Income
- Statement of Financial Affairs and All Schedules
- Summary of Assets and Liabilities

Official Bankruptcy Forms are available at https://www.uscourts.gov/forms/bankruptcy−forms. The 100 series of forms are for individuals and the 200 series of forms are for non−individuals.

You may file a motion and a proposed order to extend the time for filing missing and/or deficient papers.

If you fail to file all of the missing and/or deficient papers specified above or fail to request an extension by **April 14, 2025**, the United States Trustee or a party in interest may file a motion and schedule a hearing to seek dismissal of your case.

### IMPORTANT − YOUR RIGHTS MAY BE AFFECTED:

If you fail to request an extension or fail to file all of the missing and/or deficient papers specified above by **May 15, 2025**, your case may be **automatically dismissed** without further notice or hearing. See 11 U.S.C. § 521(i)

Dated: April 1, 2025

                David A. Sime
                Clerk of Court

United States Bankruptcy Court
District of Utah

| | |
|---|---|
| In re: | Case No. 25-21693-JTM |
| Paul Gilbert Serrano | Chapter 7 |
| Amanda Kristin Serrano | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 1088-2     User: admin     Page 1 of 1
Date Rcvd: Apr 01, 2025     Form ID: f726     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Paul Gilbert Serrano, Amanda Kristin Serrano, 6389 W Lake Ave, South Jordan, UT 84009-1350 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2025     Signature:     /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Nicholas R. Russell | on behalf of Debtor Paul Gilbert Serrano nrussell@roruss.com<br>paralegal@roruss.com;rorusslaw@gmail.com;srogers@roruss.com;bwhiting@roruss.com;r47264@notify.bestcase.com |
| Nicholas R. Russell | on behalf of Joint Debtor Amanda Kristin Serrano nrussell@roruss.com<br>paralegal@roruss.com;rorusslaw@gmail.com;srogers@roruss.com;bwhiting@roruss.com;r47264@notify.bestcase.com |
| Philip G. Jones tr | trustee@theo7.com PJones2@ecf.axosfs.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 4