| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Paul Gilbert Serrano** | Social Security number or ITIN | xxx–xx–3032 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | **Amanda Kristin Serrano** | Social Security number or ITIN | xxx–xx–8037 |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court  District of Utah | | Date case filed for chapter **7:  3/31/25** | |
| Case number:  **25–21693  JTM** | | | |

Official Form 309A (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**   10/20

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov) or by calling the Voice Case Information System (VCIS) at 1–866–222–8029.

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Paul Gilbert Serrano | Amanda Kristin Serrano |
| 2. | **All other names used in the last 8 years** | fdba BP Express, Inc, fdba La Luna Mexican Restaurant | |
| 3. | **Address** | 6389 W Lake Ave<br>South Jordan, UT 84009 | 6389 W Lake Ave<br>South Jordan, UT 84009 |
| 4. | **Debtor's attorney**<br>Name and address | Nicholas R. Russell<br>Rogers & Russell, PLLC<br>170 S. Main St.<br>Pleasant Grove, UT 84062 | Contact phone 801–899–6064<br><br>Email:  nrussell@roruss.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Philip G. Jones tr<br>1215 South Main Street<br>Orem, UT 84058 | Contact phone (801) 358–7968<br><br>Email:  trustee@theo7.com |

Debtor **Paul Gilbert Serrano** and **Amanda Kristin Serrano**     Case number **25–21693**

| | | | |
|---|---|---|---|
| **6.** | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | United States Bankruptcy Court District of Utah<br>350 South Main #301<br>Salt Lake City, UT 84101<br><br>Clerk of Court: David A. Sime | Hours open: 8:00 AM to 4:30 PM, Monday – Friday<br><br>Contact phone: (801) 524–6687<br><br>Website: www.utb.uscourts.gov |
| **7.** | **Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | The meeting may be continued or adjourned to a later date.<br><br>All individual debtor(s) must provide picture identification and proof of social security number to the trustee at the meeting of creditors. Failure to do so may result in your case being dismissed. | Meeting to be held on:<br>**April 30, 2025 at 08:30 AM**<br><br>Location:<br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 373 348 2031, and Passcode 7158741279, OR call 1–385–363–3817** |
| | | For additional meeting information go to https://www.justice.gov/ust/moc | |
| **8.** | **Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9.** | **Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4), or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline:** 6/30/25 |
| | | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10.** | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now. If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| **11.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **12.** | **Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at https://pacer.uscourts.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

United States Bankruptcy Court
District of Utah

In re:                                                                          Case No. 25-21693-JTM
Paul Gilbert Serrano                                           Chapter 7
Amanda Kristin Serrano
        Debtors

# CERTIFICATE OF NOTICE

District/off: 1088-2                                User: admin                                    Page 1 of 3
Date Rcvd: Apr 08, 2025                       Form ID: 309A                              Total Noticed: 36

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 10, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Paul Gilbert Serrano, Amanda Kristin Serrano, 6389 W Lake Ave, South Jordan, UT 84009-1350 |
| 12630982 | + | Acapulco Restaurant, 1430 Indiana Ave, Salt Lake City, UT 84104-3152 |
| 12630986 | + | B Taylor & Associates, 2102 East 3300 South, Salt Lake City, UT 84109-2633 |
| 12630993 | + | ERC Professionals, 135 S Mountain Way, Orem, UT 84058-5119 |
| 12630992 | + | Enbridge Gas, PO Box 45360, Salt Lake City, UT 84145-0360 |
| 12630996 | + | Kesler & Rust, 68 S Main St, Ste 200, Salt Lake City, UT 84101-1525 |
| 12631000 | #+ | Patricia Page, 6291 Barton Park Dr, West Jordan, UT 84081-4062 |
| 12631001 | + | Pepsi Cola, PO Box 660634, Dallas, TX 75266-0634 |
| 12631003 | + | Professional Alarm, PO Box 8576, Midvale, UT 84047-8551 |
| 12631004 | + | ROC Funding Group, PO Box 580, Lakewood, NJ 08701-0580 |
| 12631007 | + | Sunbow Foods, 100 S State St, Lindon, UT 84042-1941 |
| 12631009 | + | Sysco Intermountain Inc, 9494 S Prosperity Rd, West Jordan, UT 84081-6205 |
| 12631010 | + | Third District Court, Salt Lake Dept, PO Box 1860, Salt Lake City, UT 84110-1860 |
| 12631012 | + | US Foods, 835 W San Jose St, Ogden, UT 84401-3564 |
| 12631015 | + | Young Hoffman, LLC, 175 S Main St, Suite 850, Salt Lake City, UT 84111-1932 |

TOTAL: 15

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: nrussell@roruss.com | Apr 09 2025 00:40:00 | Nicholas R. Russell, Rogers & Russell, PLLC, 170 S. Main St., Pleasant Grove, UT 84062 |
| tr | + | EDI: QPGJONES | Apr 09 2025 04:29:00 | Philip G. Jones tr, 1215 South Main Street, Orem, UT 84058-6849 |
| 12630985 | + | Email/PDF: bncnotices@becket-lee.com | Apr 09 2025 00:39:39 | AMEX, Correspondence/Bankruptcy, PO Box 981535, El Paso, TX 79998-1535 |
| 12630983 | + | EDI: MAXMSAIDV | Apr 09 2025 04:29:00 | Aidvantage, Attn: Bankruptcy, PO Box 300001, Greenville, TX 75403-3001 |
| 12630984 | + | Email/Text: e-bankruptcy@americafirst.com | Apr 09 2025 00:40:00 | America First Credit Union, Attn: Bankruptcy, PO Box 9199, Ogden, UT 84409-0199 |
| 12630988 | + | EDI: CAPONEAUTO.COM | Apr 09 2025 04:29:00 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 12630989 | + | EDI: COMCASTCBLCENT | Apr 09 2025 04:29:00 | Comcast, PO Box 60533, City of Industry, CA 91716-0533 |
| 12630990 | + | EDI: DISCOVER | | |

| Recip ID | | Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 12630991 | + | EDI: DISCOVERPL | Apr 09 2025 04:29:00 | Discover Financial, Attn: Bankruptcy, PO Box 3025, New Albany, OH 43054-3025 |
| 12630994 | + | Email/Text: cdeville@farmerbros.com | Apr 09 2025 04:29:00 | Discover Personal Loans, Attn: Bankruptcy, PO Box 30954, Salt Lake City, UT 84130-0954 |
| 12630995 | + | EDI: IRS.COM | Apr 09 2025 00:40:00 | Farmer Brothers Coffee, 1912 Farmer Brothers Dr, Roanoke, TX 76262-1857 |
| 12630987 | | Email/Text: bureauknight@yahoo.com | Apr 09 2025 04:29:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| 12630997 | + | Email/Text: bureauknight@yahoo.com | Apr 09 2025 00:40:00 | Bryan L. Quick, 5525 South 900 East, Suite 232, Salt Lake City, UT 84117 |
| 12630998 | + | Email/Text: jlothrop@macu.com | Apr 09 2025 00:40:00 | Knight Adjustment Bureau, 5525 South 900 East #215, Salt Lake City, UT 84117-3500 |
| 12630999 | + | Email/Text: nsm_bk_notices@mrcooper.com | Apr 09 2025 00:40:00 | Mountain America Credit Union, PO Box 2331, Sandy, UT 84091-2331 |
| 12631005 | | Email/Text: anne.kohls@pacificorp.com | Apr 09 2025 00:40:00 | Mr Cooper/United Wholesale Mortgage, Attn: Bankruptcy, PO Box 619098, Dallas, TX 75261-9098 |
| 12631006 | | Email/Text: bankruptcy@sequium.com | Apr 09 2025 00:40:00 | Rocky Mountain Power, PO Box 26000, Portland, OR 97256 |
| 12631008 | | EDI: SYNC | Apr 09 2025 00:40:00 | Sequium Asset Solutions, LLC, 1130 Northchase Parkway, Suite 150, Marietta, GA 30067 |
| 12631011 | ^ | MEBN | Apr 09 2025 04:29:00 | Synchrony Bank/Sam's Club, PO Box 965005, Orlando, FL 32896-5005 |
| 12631013 | + | EDI: UTAHTAXCOMM.COM | Apr 09 2025 00:34:09 | Travelers Insurance, PO Box 660317, Dallas, TX 75266-0317 |
| 12631014 | + | Email/Text: utility.billing@westjordan.utah.gov | Apr 09 2025 04:29:00 | Utah State Tax Commission, BK Unit, 210 North 1950 West, Salt Lake City, UT 84134-9000 |
| | | | Apr 09 2025 00:40:00 | West Jordan City, 8000 S Redwood Rd #331, West Jordan, UT 84088-4604 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 12631002 | ##+ | Plaza at Jordan Landing LLC, 5850 Avenida Encinas, Suite A, Carlsbad, CA 92008-4465 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 10, 2025        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 31, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Nicholas R. Russell | on behalf of Debtor Paul Gilbert Serrano nrussell@roruss.com paralegal@roruss.com;rorusslaw@gmail.com;srogers@roruss.com;bwhiting@roruss.com;r47264@notify.bestcase.com |
| Nicholas R. Russell | on behalf of Joint Debtor Amanda Kristin Serrano nrussell@roruss.com paralegal@roruss.com;rorusslaw@gmail.com;srogers@roruss.com;bwhiting@roruss.com;r47264@notify.bestcase.com |
| Philip G. Jones tr | trustee@theo7.com PJones2@ecf.axosfs.com |
| United States Trustee | USTPRegion19.SK.ECF@usdoj.gov |

TOTAL: 4